GREENWOOD, J., did not sit in this case.

═══════

**MORTON SALT CO. v. KEELE. (Application No. 15319.)**

Supreme Court of Texas. May 25, 1927.

On application for writ of error to Court of Civil Appeals of Fifth Supreme Judicial District. Dismissed.

For opinion of Court of Civil Appeals, see 293 S. W. 224.

J. S. Terry, of Terrell, and S. W. Marshall, of Dallas, for applicant.

PER CURIAM. While we are not prepared to agree with the Court of Civil Appeals that the testimony of Mrs. Ballard was admissible, yet, since we cannot say that the judgment turned on this evidence, we have no jurisdiction, and the application is therefore dismissed. National Compress Co. v. Hamlin, 114 Tex. 380, 269 S. W. 1024.